# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CRAIG ADOLPH BROOKS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:13-cv-02332-VEH-TMP |
| **SHERIFF LLOYD ARRINGTON, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 10, 2014, recommending that "the complaint be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1)." (Doc. 13 at 13). The time for objections to the recommendation has expired and no objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that the complaint should be dismissed for failing to state a claim upon which relief may be

granted pursuant.  A Final Judgment will be entered.

    **DONE** this the 3rd day of December, 2014.

                                           **VIRGINIA EMERSON HOPKINS**
                                           United States District Judge